UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA LOPEZ DE QUINTERO,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:26-cv-06909-FWS-DFM<br><br>JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) [15] |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, **THE COURT HEREBY ADJUDGES AND DECREES** that judgment be entered for Plaintiff.

**IT IS SO ORDERED**.

Dated: November 12, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE